# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF MARYLAND
### *(Greenbelt)*

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 21-10052-TJC** |
| **TIARRA LANETTE CAREY,** ) | **Chapter 13** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |
| **TIARRA LANETTE CAREY,** ) | |
| ) | |
| **Movant,** ) | |
| ) | |
| v. ) | |
| ) | |
| **EZ SIPS CORPORATION,** ) | |
| ) | |
| **Respondent.** ) | |

## LINE SUPPLEMENTING PROPOSED ORDER

Respondent, EZ Sips Corporation, files this Line to submit a Proposed Order to its Motion for Entry Upon Land [Dkt. No. 63], attached hereto, which was inadvertently not included with the original filing.

        Respectfully submitted,

        McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.

By: /s/ John P. Lynch
     John P. Lynch
     (Bar No. 07433)

By: /s/C. Ryan Cohill
     C. Ryan Cohill
     (Bar No: 14127)
     6411 Ivy Lane, Suite 200
     Greenbelt, MD 20770
     301-441-2420
     *Attorneys for EZ Sips Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2021, a true and correct copy of the forgoing *Line Supplementing Proposed Order* was served by the Court's ECF System to:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Trustee*

Robert John Harris
Robert J. Harris, P.L.C.
P.O. Box 1551
Woodbridge, VA 22195
rjharris101@msn.com
*Attorney for Debtor*

Gregory C. Mullen
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza I, Suite 302
Hunt Valley MD 21031
bankrupcy@albalawgroup.com
*Attorney for PennyMac Loan Services, LLC*

                                                                                   /s/
                                                               C. Ryan Cohill