UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
*(Greenbelt)*

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Case No. 21-10052-TJC |
| TIARRA LANETTE CAREY, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |
| TIARRA LANETTE CAREY, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| EZ SIPS CORPORATION, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Upon consideration of the Respondent, EZ Sips Corporation's ("Respondent"), Motion for Entry Upon Land [Dkt. No. 63](the "Motion"), and any response thereto, it is hereby

ORDERED, that the Motion be and is hereby **GRANTED;** and it is further

ORDERED, that the Debtor/Movant Tiarra Lanette Carey ("Debtor") shall permit Respondent and/or Respondent's appraiser/assessor entry unto Debtor's real property located at 13905 Marlboro Pike, Upper Marlboro, MD 20772 (the "Property"), including entry into the interior of the dwelling(s) on the Property, for the purpose of inspecting, measuring, surveying, photographing, testing, and/or sampling the Property, in order to assess the value of the Property; and it is further,

ORDERED that the aforementioned entry and inspection shall take place at a designated date and time that is mutually agreeable between the Parties which is within five (5) days from the date of the entry of this Order.

Copies to:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Trustee*

Robert John Harris
Robert J. Harris, P.L.C.
P.O. Box 1551
Woodbridge, VA 22195
rjharris101@msn.com
*Attorney for Debtor*

Gregory C. Mullen
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza I, Suite 302
Hunt Valley MD 21031
bankrupcy@albalawgroup.com
*Attorney for PennyMac Loan Services, LLC*

Tiarra Lanette Carey
145 Fleet St.
Oxen Hill MD 20745
*Debtor*