UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF MARYLAND
*(Greenbelt)*

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 21-10052-TJC |
| TIARRA LANETTE CAREY, | ) Chapter 13 |
| Debtor. | ) |
| | |
| TIARRA LANETTE CAREY, | ) |
| Movant, | ) |
| v. | ) |
| EZ SIPS CORPORATION, | ) |
| Respondent. | ) |

## CERTIFICATE OF DISCOVERY

I hereby certify that on the 9th day of December, 2021, I served a copy of EZ Sips Corporation's Request for Entry Upon Land controlled by the Debtor, pursuant to Fed R. Civ. Proc. 34 (a)(2), via CM/ECF upon Trustee Timothy P. Branigan, 9891 Broken Land Parkway, Suite 301 Columbia, MD 21046, cmecf@chapter13maryland.com, Attorney for Debtor Robert John Harris Robert J. Harris, P.L.C., P.O. Box 1551, Woodbridge, VA 22195, rjharris101@msn.com, and Attorney for PennyMac Loan Services, LLC, Gregory C. Mullen, Alba Law Group, P.A., 11350 McCormick Road, Executive Plaza I, Suite 302, Hunt Valley MD 21031.

                Respectfully submitted,

                McNamee, Hosea, Jernigan, Kim,
                Greenan & Lynch, P.A.

By: /s/ John P. Lynch
     John P. Lynch
     (Bar No. 07433)

By: /s/C. Ryan Cohill
     C. Ryan Cohill
     (Bar No: 14127)
     6411 Ivy Lane, Suite 200
     Greenbelt, MD 20770
     301-441-2420
     *Attorneys for EZ Sips Corporation*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December 2021, a copy of the foregoing Certificate Regarding Discovery was served upon the following parties in interest, via CM/ECF:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
cmecf@chapter13maryland.com
*Trustee*

Robert John Harris
Robert J. Harris, P.L.C.
P.O. Box 1551
Woodbridge, VA 22195
rjharris101@msn.com
*Attorney for Debtor*

Gregory C. Mullen
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza I, Suite 302
Hunt Valley MD 21031
bankrupcy@albalawgroup.com
*Attorney for PennyMac Loan Services, LLC*

/s/C. Ryan Cohill
C. Ryan Cohill, Esq.